COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| WILBERT LEE HAWKINS, | | No. 08-10-00028-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 252nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Jefferson County, Texas |
| | § | |
| Appellee. | | (TC # 08-04346) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Wilbert Lee Hawkins appeals his conviction of possession of cocaine. We affirm.

Appellant entered a negotiated plea of guilty and the trial court placed him on deferred adjudication community supervision for five years. The State subsequently filed a motion to adjudicate guilt based on allegations Appellant had violated the terms and conditions of community supervision. Appellant entered a plea of true to the allegation that he committed aggravated robbery since being placed on community supervision. The trial court revoked Appellant's community supervision, adjudicated him guilty of possession of cocaine, and assessed his punishment at confinement in the state jail for two years.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State,* 573 S.W.2d 807

(Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

August 18, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)